UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLARENCE KING, | ) | Case No. CV 12-6329 SVW (MRW) |
|             Petitioner, | ) | |
|     vs. | ) | JUDGMENT |
| DIRECTOR OF CALIFORNIA DEPARTMENT OF CORRECTIONS, | ) | |
|             Respondent. | ) | |

    Pursuant to this Court's Order,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: _April 16, 2013_

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE